USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 8/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON ANTONIO POLANCO,

Plaintiff,

-against-

MUSLIKHIDDIN SADRIDDINOV and WISCO CARGOEXPRESSLLC,

Defendants.

26 Civ. 6522 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

On July 30, 2026, Defendants filed a notice of removal from Supreme Court, Bronx County. *See* ECF No. 2. Accordingly, by **August 17, 2026**, Plaintiff shall appear in this action and advise the Court whether it intends to contest removal, and if so, on what basis. Defendants shall promptly serve both their notice of removal and this order on Plaintiff, and, by **August 10, 2026**, file proof of such service on the docket.

SO ORDERED.

Dated: August 5, 2026
New York, New York

ANALISA TORRES
United States District Judge