USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON ANTONIO POLANCO,

Plaintiff,

-against-

MUSLIKHIDDIN SADRIDDINOV and WISCO CARGO EXPRESS LLC,

Defendants.

26 Civ. 6522 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

Plaintiff intends to contest removal in this action because Defendants have not shown diversity jurisdiction under 28 U.S.C. § 1332. *See* ECF No. 6. Accordingly, by **August 26, 2026**, each party shall file a disclosure statement in accordance with Federal Rule of Civil Procedure 7.1(a)(2). By **September 2, 2026**, Defendants shall file a letter not to exceed two pages explaining why diversity jurisdiction exists in accordance with Rule II(C) of the undersigned's Individual Practices in Civil Cases. Defendants are reminded that "[i]n cases where any party is a partnership, limited partnership, limited liability company, or trust, the letter shall state the citizenship of each of the entity's members, shareholders, partners, and/or trustees." Rule II(C).

SO ORDERED.

Dated: August 19, 2026
New York, New York

ANALISA TORRES
United States District Judge