USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/1/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON ANTONIO POLANCO,

Plaintiff,

-against-

MUSLIKHIDDIN SADRIDDINOV and WISCO CARGO EXPRESS LLC,

Defendants.

26 Civ. 6522 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

The Court has reviewed the complaint, the parties' Rule 7.1 statements, and Defendants' letter regarding diversity jurisdiction under 28 U.S.C. § 1332. *See* ECF Nos. 1-1 (Compl.), 9–11. The Court is satisfied that diversity jurisdiction exists. Although residence and citizenship are not coextensive, *see Finnegan v. Long Island Power Auth.*, 409 F. Supp. 3d 91, 96 (E.D.N.Y. 2019), the two often overlap, and Plaintiff has offered no basis to question Defendants' claims of residence and citizenship. Accordingly, this action shall proceed in federal court.

SO ORDERED.

Dated: September 1, 2026
New York, New York

ANALISA TORRES
United States District Judge